(January 4, 2007)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILFREDO MOYETT, Appellant. [827 NYS2d 678]—Upon remittitur from the Court of Appeals (7 NY3d 892 [2006]), judgment, Supreme Court, Bronx County (Roger S. Hayes, J.), rendered August 28, 2002, unanimously affirmed. No opinion. Order filed. Concur—Tom, J.P., Marlow, Sullivan, Nardelli and Williams, JJ.